**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DAN T. MOORE,**

    **Petitioner,**

    v.                  **CASE NO. 2:05-cv-808**

                         **JUDGE HOLSCHUH**

**WARDEN, NOBLE CORRECTIONAL
    INSTITUTION,**          **MAGISTRATE JUDGE KEMP**

    **Respondent.**

**OPINION AND ORDER**

On April 13, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that petitioner's motion for a stay, Doc. No. 6, be denied, and that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed as unexhausted. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation.*

The *Report and Recommendation* is **ADOPTED AND AFFIRMED**. Petitioner's request for a stay, Doc. No. 6, is **DENIED.**

This action is hereby **DISMISSED** without prejudice as unexhausted.

**IT IS SO ORDERED**.

May 30, 2005                                      /s/ John D. Holschuh
                                                       JOHN D. HOLSCHUH
                                              United States District Judge